**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ARTHUR MADDOX, | Civil Action No. 2:24-cv-00811-RAJ |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| UNITED NETWORK FOR ORGAN SHARING; and SWEDISH HEALTH SERVICES D/B/A SWEDISH MEDICAL CENTER, | |
| Defendants. | |

**NOTICE OF CHANGE ADDRESS OF PLAINTIFF'S COUNSEL**

**TO: THE COURT, THE CLERK'S OFFICE, AND ALL PARTIES**

Please take notice of the below changes to the firm address of counsel for Plaintiff Arthur Maddox. Plaintiff respectfully requests that all further communications and documents related to this case be directed to his counsel's new firm address.

**OLD ADDRESS:**

ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Phone: (310) 274-7100
Email: glaiolo@ellisgeorge.com

**NEW ADDRESS:**

WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Phone: (213) 753-1337
Email: glaiolo@wtlaw.com

*[Signature Appears on Following Page]*

1

CIVIL ACTION (2:24-cv-00811-RAJ)
NOTICE OF CHANGE OF ADDRESS

Respectfully submitted on this 28th day of May 2026.

By: */s/George B. A. Laiolo*

George B. A. Laiolo, *pro hac vice*
California Bar No. 329850
WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Phone: (213) 753-1337
Email: glaiolo@wtlaw.com

*Attorneys for Plaintiff Arthur Maddox*

CIVIL ACTION (2:24-cv-00811-RAJ)
NOTICE OF CHANGE OF ADDRESS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ George B. A. Laiolo
George B. A. Laiolo

CIVIL ACTION (2:24-cv-00811-RAJ)
NOTICE OF CHANGE OF ADDRESS