The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR MADDOX,

                Plaintiff,

      v.

UNITED NETWORK FOR ORGAN SHARING;
and SWEDISH HEALTH SERVICES D/B/A
SWEDISH MEDICAL CENTER,

                Defendant.

No. 2:24-CV-0811-RAJ

**NOTICE OF APPEARANCE**

**[CLERK'S ACTION REQUIRED]**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD;**

PLEASE TAKE NOTICE that Katherine L. Hollingsworth of Arnold & Porter Kaye Scholer LLP enters this appearance in the above-entitled action for Swedish Health Services d/b/a Swedish Medical Center ("Swedish"). You are requested to serve all further papers and proceedings in this action on the attorney listed below

DATED this 29th day of May, 2026.

ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s Katherine Hollingsworth
Katherine L. Hollingsworth, WSBA #61304
1420 5th Avenue, Suite 1400
Seattle, WA 98101
Phone: (206) 288-0110
Katie.Hollingsworth@arnoldporter.com

*Attorney for Swedish*

HOLLINGSWORTH NOTICE OF APPEARANCE – 1
No. 2:24-CV-0811-RAJ

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 29, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED this 29th day of May, 2026.

By: *s/ Katherine L. Hollingsworth*
Katherine L. Hollingsworth, WSBA #61304

HOLLINGSWORTH NOTICE OF APPEARANCE – 2
No. 2:24-CV-0811-RAJ

**Arnold & Porter Kaye Scholer LLP**
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101