THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

ARTHUR MADDOX,

Plaintiff,

v.

UNITED NETWORK FOR ORGAN SHARING; and SWEDISH HEALTH SERVICES D/B/A SWEDISH MEDICAL CENTER,

Defendants.

CASE NO.: 2:24-cv-00811-RAJ

**NOTICE OF CHANGE OF FIRM NAME**

CASE NO. 2:24-cv-00811-RAJ
NOTICE OF CHANGE OF FIRM NAME

WINSTON TAYLOR LLP
300 N. LaSalle St., Ste 4400, Chicago, IL 60654
PHONE: 312 558-5600
FAX: 312-558-5700

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that effective immediately the law firm of WINSTON & STRAWN LLP has changed its name to WINSTON TAYLOR LLP.  The firm's address, telephone number and fax numbers will remain the same.

Dated: June 16, 2026

**WINSTON TAYLOR LLP**

By: */s/ Daniel M. Blouin*
Damiel M. Blouin
300 N. LaSalle, Suite 4400
Chicago, IL 606547
Telephone: (312) 558-7544
Fax: (312) 558-5700
Dan.Blouin@winstontaylor.com

*Counsel for Defendant for*
*United Network for Organ Sharing*

CASE NO. 2:24-cv-00811-RAJ                          WINSTON TAYLOR LLP
NOTICE OF CHANGE OF FIRM NAME          300 N. LaSalle St., Ste 4400, Chicago, IL 60654
                                                                      PHONE: 312 558-5600
                                                                      FAX: 312-558-5700

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of June 2026, a true and correct copy of the **NOTICE OF CHANGE OF FIRM NAME** was filed with the Court and served on all parties to this action via the CM/ECF.

DATED:        June 16, 2026
              Chicago, Illinois


                                            *s/ Daniel M. Blouin*.
                                              Daniel M. Blouin

---

CASE NO. 2:24-cv-00811-RAJ                WINSTON TAYLOR LLP
NOTICE OF CHANGE OF FIRM NAME             300 N. LaSalle St., Ste 4400, Chicago, IL 60654
                                          PHONE: 312 558-5600
                                          FAX: 312-558-5700